UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WALTER LEMON, by his Next Friend &     JUDGMENT
Sister Eva Cheeseboro,     08-CV- 4012 (SLT)

              Plaintiff,

-against-

NEW YORK CITY HOUSING
AUTHORITY and DOES 1 through 4,

              Defendants.
-----------------------------------------------------------------X

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ DEC 1 5 2009 P.M. TIME A.M.

     A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on December 10, 2009, granting the New York City Housing Authority's motion to dismiss; dismissing the plaintiff's federal claims; declining to exercise jurisdiction over the state claims; dismissing those claims without prejudice; certifying, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the New York City Housing Authority's motion to dismiss is granted; that the plaintiff's federal claims are dismissed; that the Court declines to exercise jurisdiction over the state claims; that those claims are dismissed without prejudice; that the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
       December 10, 2009

ROBERT C. HEINEMANN
Clerk of Court

